# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1717

_____

| | | |
|---|---|---|
| Ronald Miller, Jr.; | * | |
| Ronald Miller, Jr., on behalf of | * | |
| minor child Megan K. Miller, | * | |
| | * | Appeal from the United States |
| Appellants, | * | District Court for the Southern |
| | * | District of Iowa. |
| v. | * | |
| | * | [UNPUBLISHED] |
| Marcia Yung, formerly known | * | |
| as Marcia Miller, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: September 7, 2001
Filed: September 17, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Ronald Miller, Jr., on behalf of himself and his minor child, Megan, appeals from the district court's[1] dismissal without prejudice of his lawsuit. Having carefully reviewed the record and appellants' brief, we agree with the district court that it lacked

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

subject matter jurisdiction over Miller's claims concerning child visitation.  <u>See</u> <u>Thompson v. Thompson</u>, 484 U.S. 174, 187 (1988); <u>Kahn v. Kahn</u>, 21 F.3d 859, 861 (8th Cir. 1994).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.